**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 9, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30400

WILLIAM T. WESTMORELAND; MARY B. WESTMORELAND

Appellants

versus

UNITED STATES TRUSTEE; LUCY G. SIKES

Appellees

- - - - -
Appeal from the United States District Court for the
Western District of Louisiana
- - - - -

(Opinion October 14, 2004, 5 Cir., 2004, _____F.3d____)

BEFORE: JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER,
BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS,
CLEMENT and PRADO, Circuit Judges.[1]

BY THE COURT:

A majority of judges in active service having

determined, on the Court's own motion, to rehear this case en

banc,

IT IS ORDERED that this cause shall be reheard by the

Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of

supplemental briefs.

---

[1]Chief Judge King did not participate in this decision.